# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD EGAN NIERATKO and WINDY RENEE NIERATKO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.   3:21-cv-01112-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>[ECF 18] |

Plaintiffs CHAD EGAN NIERATKO and WINDY RENEE NIERATKO ("Plaintiffs") and Defendant FORD MOTOR COMPANY's ("Defendant") (collectively, the "Parties") Joint Motion to Modify the Scheduling Order is **GRANTED**. The fact discovery deadline is extended to February 22, 2022 for the one deposition identified in the parties' Joint Motion.

　　**IT IS SO ORDERED**

Dated:  January 26, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Bernard G. Skomal
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-